In the Matter of the Transfer Tax upon the Estate of
WILLIAM D. BURNHAM, Deceased.

JOSEPH D. TOMLINSON et al., as Executors, Appellants;
STATE TAX COMMISSION, Respondent.

*Tax — transfer tax — additional tax imposed by section 221-b of Tax
Law — when additional tax properly assessed upon transfer of invest-
ments to exempt corporations.*

*Matter of Burnham (Estate)*, 205 App. Div. 893, affirmed.
(Argued June 5, 1923; decided July 13, 1923.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
February 2, 1923, which affirmed an order of the West-
chester County Surrogate's Court denying a motion to
strike from a former order assessing a transfer tax upon
the estate of William D. Burnham, deceased, certain
taxes assessed under section 221-b of the Tax Law.

The following questions were certified: " 1. Was section
221 of the Tax Law, as amended by chapter 765 of the
Laws of 1920, exempting certain charitable corporations
from the additional transfer tax imposed by section 221-b
of the Tax Law and directing a refund of said tax
assessed against transfers to such charitable corporations,
in effect at the date of the entry of the order appealed
from in this proceeding?

" 2. Are the appellants herein entitled to a refund
under said section of the additional tax under section
221-b of the Tax Law imposed by the taxing decree herein,
against the exempt corporations therein named?

" 3. Did the provisions of the Transfer Tax Law as
they existed on February 13, 1920, the date of the entry
of the taxing decree herein, authorize the Surrogate's
Court of Westchester county to impose an additional
tax under section 221-b of the Tax Law upon the trans-
fer of " investments " as defined in section 330 of the
Tax Law, to the exempt corporations named in this
proceeding ?

" 4. Should a deduction have been made for a pro-
portionate share of the debts and expenses of the estate

from the additional tax under section 22 · o imposed by the taxing decree entered herein? "

*Francis H. Warland* for appellants.

*Charles A. Curtin* and *John B. Gleason* for respondent.

Order affirmed, with costs; first, second and fourth questions certified answered in the negative; third question certified answered in the affirmative. Question No. 1 is answered simply as applicable to the particular facts of this case; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.